UNITED STATES DISTRICT COURT
for the
District of Connecticut

```
–  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  x
```
| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC. and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC., | Case No.: 3:14-cv-733 (AWT)  November 14, 2014 |
| Plaintiffs, | |
| vs. | |
| UBER TECHNOLOGIES, INC. and LYFT, INC., | |
| Defendants. | |

```
–  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  x
```

## MOTION OF LYFT, INC. TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), defendant Lyft, Inc. ("Lyft") hereby moves to dismiss Plaintiffs' Amended Complaint filed on September 15, 2014 (Dkt No. 33). The Amended Complaint may be dismissed as a matter of law because the Plaintiffs fail to state a claim against Lyft. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl.*

**ORAL ARGUMENT REQUESTED**

2

*Corp. v. Twombly*, 550 U.S. 544 (2007).  Alternatively, the Court may abstain from hearing this case pursuant to the *Burford* abstention doctrine.  Accordingly, Lyft respectfully requests that Plaintiffs' Complaint be dismissed in its entirety and with prejudice, and for such further relief as the Court may deem to be just and proper.

  A Memorandum of Law is filed herewith.

Dated: New York, New York
   November 14, 2014

                **LYFT, INC.**

                By: /s/ Noah M. Weissman
                **BRYAN CAVE LLP**
                Noah M. Weissman (ct28473)
                Mary Beth Buchanan, admitted *pro hac vice*
                Megan A. Pierson, admitted *pro hac vice*
                1290 Avenue of the Americas
                New York, New York 10104
                Tel: (212) 541-2298, Fax: (212) 541-4630
                nmweissman@bryancave.com
                mbuchanan@bryancave.com
                megan.pierson@bryancave.com

                Stephen V. Manning (ct07224)
                O'Brien, Tanski & Young LLP
                500 Enterprise Dr., Suite 4B
                Rocky Hill, CT 06067
                Tel: (860) 525-2700, Fax: (860) 247-7861
                svm@otylaw.com