UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and LYFT, INC. <br><br> Defendants. | C.A. No.: 3:14-cv-733 (AWT) <br><br><br><br><br><br><br><br> November 14, 2014 |

**UBER TECHNOLOGIES, INC.'S MOTION**
**FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to Local Rule of Civil Procedure 7(a)(2), Defendant Uber Technologies, Inc. ("Uber") respectfully moves for leave to file a Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Amended Complaint that includes 2 pages in excess of the 40-page limitation set by Local Rule 7(a)(2). A copy of the proposed brief is attached hereto as Exhibit 1. The Amended Complaint itself consists of 42 pages and 115 paragraphs, and asserts multiple federal and state law causes of action, including claims under the Racketeer Influenced and Corrupt

Organizations Act, the Lanham Act, the Connecticut Unfair Trade Practices Act, and common law, giving rise to important issues of law that Uber wishes to address in its brief and that necessitate the additional pages requested.  Accordingly, Uber respectfully requests that this motion be granted.

                Respectfully submitted,

                DEFENDANT
                UBER TECHNOLOGIES, INC.

                /s/ Kevin M. Smith
                Kevin M. Smith (ct24774)
                Melissa Fernandez (ct29519)
                Wiggin and Dana, LLP
                One Century Tower
                265 Church Street
                New Haven, Connecticut  06510
                Phone: (203) 498-4400
                Fax: (203) 782-2889
                ksmith@wiggin.com
                mfernandez@wiggin.com

                Stephen A. Swedlow (*pro hac vice*)
                Amit B. Patel (*pro hac vice*)
                Quinn Emanuel Urquhart & Sullivan, LLP
                500 West Madison St., Suite 2450
                Chicago, Illinois 60661
                Tel: (312) 705-7400
                Fax: (312) 705-7401
                stephenswedlow@quinnemanuel.com
                amitbpatel@quinnemanuel.com

                Arthur M. Roberts (*pro hac vice*)
                Quinn Emanuel Urquhart & Sullivan, LLP
                50 California St., 22nd Floor
                San Francisco, California  94111
                Tel: (415) 875-6600
                Fax: (415) 875-6700
                arthurroberts@quinnemanuel.com

CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kevin M. Smith
Kevin M. Smith (ct24774)
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06510
Phone: (203) 498-4400
Fax: (203) 782-2889
Email: ksmith@wiggin.com