# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC., | Case No. 3:14-cv-00733-AWT |
| Plaintiffs, | |
| v. | |
| UBER TECHNOLOGIES, INC. and LYFT, INC., | |
| Defendants. | November 14, 2014 |

## DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum of law, Defendant Uber Technologies, Inc. hereby moves for dismissal pursuant to Federal Rules of Civil Procedure 12(b)(6), or in the alternative, a stay of this matter.

**ORAL ARGUMENT REQUESTED**

DEFENDANT
UBER TECHNOLOGIES, INC.

/s/ Kevin M. Smith
Kevin M. Smith (ct24774)
Melissa Fernandez (ct29519)
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06510
Phone: (203) 498-4400
Fax: (203) 782-2889
ksmith@wiggin.com
mfernandez@wiggin.com

Stephen A. Swedlow (*pro hac vice*)
Amit B. Patel (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Tel: (312) 705-7400
Fax: (312) 705-7401
stephenswedlow@quinnemanuel.com
amitbpatel@quinnemanuel.com

Arthur M. Roberts (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, California  94111
Tel: (415) 875-6600
Fax: (415) 875-6700
arthurroberts@quinnemanuel.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 14, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Kevin M. Smith</u>
Kevin M. Smith (ct24774)
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06510
Phone: (203) 498-4400
Fax: (203) 782-2889
Email: ksmith@wiggin.com