UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC., <br><br>    Plaintiffs,<br><br> v.<br><br>UBER TECHNOLOGIES, INC. and LYFT, INC.<br><br>    Defendants. | C.A. No.: 3:14-cv-733 (AWT)<br><br>**DECLARATION OF AMIT PATEL**<br><br><br>November 14, 2014 |

## **DECLARATION OF AMIT PATEL**

I, Amit Patel, hereby declare and state as follows:

1. The document attached to this declaration as Exhibit A is a true and accurate copy of Public Act No. 14-199, an Act Concerning Revisions to the Transportation Statutes.
2. I retrieved this copy of Public Act No. 14-199 from the following web address: http://www.cga.ct.gov/2014/act/pa/pdf/2014PA-00199-R00SB-00235-PA.pdf
3. I obtained this copy of Public Act No. 14-199 on November 13, 2014.

Executed in Chicago, Illinois

Dated: November 14, 2014

Signed: _Amit B. Patel_