UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ET AL.<br>    Plaintiffs | : C.A. No.: 3:14-cv-733(AWT)<br>:<br>: |
| v. | :<br>: |
| UBER TECHNOLOGIES, INC. and<br>LYFT, INC.<br>    Defendants | : DECEMBER 3, 2014<br>:<br>: |

### REVISED CONSENT MOTION FOR EXTENSION OF TIME

The plaintiffs in the above-captioned matter hereby move for an extension of time up to and including January 5, 2015 within which to respond to the defendant Lyft's (No. 34) and defendant Uber's (No. 37) Motions to Dismiss. Responses are currently due on December 5, 2014, and the plaintiffs respectfully move that the deadline within which to file their responses be extended up to and including January 5, 2015.

The undersigned represent as follows:

1. Counsel for both defendants have given their consent to the granting of an extension of time to respond to these simultaneously-filed motions (Nos. 34 and 37). Counsel for defendant Lyft, Inc. has consented to the granting of this motion with the express condition that plaintiffs will consent to a thirty day extension for defendant Lyft, Inc. to file a Reply to plaintiffs' Response. Plaintiffs agree to said condition;

2. Both motions to dismiss involve complex legal issues that will necessitate further review and research of the topics covered therein; and

3.  Absences due to previously scheduled matters in other proceedings, previously scheduled vacations and the Thanksgiving holiday have prevented counsel for the plaintiffs from giving adequate attention to these motions.

For the foregoing reasons, the plaintiffs respectfully request an extension of time up to and including January 5, 2015 within which to respond to Docket Nos. 34 and 37.

THE PLAINTIFFS,

BY: _____/s/_____
Mary Alice Moore Leonhardt (ct02996)
mmooreleonhardt@rms-law.com
Moore Leonhardt & Associates LLC
102 Oak Street
Hartford, CT 06106
Tel. (860) 549-1000
Fax (860) 724-3921

BY: _____/s/_____
Glenn E. Coe (ct05372)
gcoe@rms-law.com
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel. (860) 549-1000
Fax (860) 724-3921

Their Attorneys

**CERTIFICATION**

I hereby certify that on December 3, 2014, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Glenn E. Coe

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726