UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
GREENWICH TAXI, INC., ET AL.       :
                                   :
              Plaintiffs,          :   C.A. No.: 3:14-cv-733 (AWT)
                                   :
     vs.                           :
                                   :
UBER TECHNOLOGIES, INC. and LYFT, INC.,  :
                                   :   DECEMBER 8, 2014
              Defendants.          :
                                   :
-------------------------------- x
```

**CONSENT CROSS-MOTION FOR EXTENSION OF TIME**

Defendant, Lyft Inc., in the above-captioned matter respectfully moves for an extension of time, up to and including February 5, 2015, for Lyft, Inc. and defendant Uber Technologies, Inc. (collectively, "Defendants") to respond to Plaintiffs' opposition to Defendants' respective motions to dismiss.

The undersigned represent as follow:

1.     Defendants' responses are currently due on December 15, 2014, but Plaintiffs' have moved to extend their time to submit their opposition to Defendants' motions to dismiss to January 5, 2015.

2.     In consideration of Defendants consenting to an extension of Plaintiffs' time to submit their opposition, Plaintiffs have consented to extending Defendants' time to respond to Plaintiffs' opposition to February 5, 2015; and

3.     The extensions requested are necessary to accommodate the extension sought by Plaintiffs for their Opposition and to afford Defendants sufficient time to respond to Plaintiffs' Opposition.

For the foregoing reasons, Defendants respectfully request an extension of time up to and including February 5, 2015 within which to respond to Plaintiffs' opposition to Docket Nos. 34 and 37.

**DEFENDANT LYFT, INC.**

BY:_____/s/_____
Noah M. Weissman   (ct28473)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
T:  (212) 541-2000
Fax:  (212) 541-1428
nmweissman@bryancave.com
*Attorneys for Defendant Lyft, Inc.*

**CERTIFICATION**

I hereby certify that on December 8, 2014, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/
                                      NOAH M. WEISSMAN

1833411\C357926\0370074