UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC.<br>        Plaintiffs<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and LYFT, INC.<br>        Defendants | C.A. No.: 3:14-cv-733(AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 17, 2014 |

## NOTICE OF VOLUNTARY DISMISSAL SOLELY BY PLAINTIFF CASINO CAB COMPANY, INC.

Plaintiff Casino Cab Company, Inc., one of the multiple plaintiffs in this action, hereby gives notice that it is voluntarily dismissing without prejudice its action as against the defendants, Uber Technologies, Inc. and Lyft, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such voluntary dismissal is solely applicable as to Casino Cab Company, Inc. and in furtherance of this notice, Casino Cab Company, Inc. and its counsel state as follows:

1. The original Complaint in this matter was filed on May 21, 2014, and an Amended Complaint was filed on September 15, 2014;

2. Each of the defendants executed waivers of service (Doc. 8 and Doc. 22);

3. Neither defendant has served an answer or a motion for summary judgment;

4. Plaintiff Casino Cab Company, Inc., therefore, is hereby voluntarily dismissing only its action, without prejudice, as against the defendants; and

5. This action shall continue with respect to the remaining plaintiffs and their causes of action as against the defendants.

PLAINTIFF CASINO CAB COMPANY, INC.

BY: _____/s/_____
Mary Alice Moore Leonhardt (ct02996)
mmooreleonhardt@rms-law.com
Moore Leonhardt & Associates LLC
102 Oak Street
Hartford, CT 06106
Tel. (860) 549-1000
Fax (860) 724-3921

BY: _____/s/_____
Glenn E. Coe (ct05372)
gcoe@rms-law.com
William W. Kaliff (ct03565)
wkaliff@rms-law.com
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel. (860) 549-1000
Fax (860) 724-3921

Its Attorneys

## CERTIFICATION

I hereby certify that on December 17, 2014, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   /s/
                              Mary Alice Moore Leonhardt, Esq.

18684-1/L58839