UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ET AL.<br>    Plaintiffs | : NO.: 3:14-cv-733(AWT)<br>:<br>: |
| v. | : |
| UBER TECHNOLOGIES, INC. and<br>LYFT, INC.<br>    Defendants | : DECEMBER 23, 2014<br>:<br>: |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS TO REPLY TO PLAINTIFFS' RESPONSES**

The plaintiffs in the above-captioned matter hereby respectfully move with the consent of the defendants for an additional extension of time up to and including February 5, 2015, within which to respond to the defendant Lyft, Inc.'s (No. 34) and defendant Uber Technologies, Inc.'s (No. 37) Motions to Dismiss.  As a part hereof, it is also requested that defendants' time to reply to plaintiffs' responses to said motions be extended with the consent of the plaintiffs up to and including March 9, 2015.

The undersigned hereby represent as follows:

1.     Plaintiffs' responses to the defendants' motions to dismiss are currently due on January 5, 2015, and defendants' replies are currently due on February 5, 2015.

2.     Counsel for both defendants have given their consent to the granting of an extension of time for plaintiffs to respond to these simultaneously-filed motions (Nos. 34 and 37) up to and including February 5, 2015, and counsel for plaintiffs consent to the granting of an extension of time for defendants to file their replies to said responses up to and including March 9, 2015.

3. Plaintiffs request this additional extension as: both motions to dismiss involve complex legal issues necessitating further time to sufficiently analyze and research the issues raised; time conflicts due to previously scheduled proceedings in other matters; and recent medical issues of one of plaintiffs' attorneys involved in this matter.

4. This is plaintiffs second requested extension of approximately 30 days with respect to the filing of responses to defendants' motions to dismiss.

For the foregoing reasons, plaintiffs respectfully move with consent for an extension of time up to and including February 5, 2015, within which to respond to Docket Nos. 34 and 37, as well as an extension up to and including March 9, 2015, for defendants to reply to such responses.

THE PLAINTIFFS,

BY: _____/s/_____
Mary Alice Moore Leonhardt (ct02996)
mmooreleonhardt@rms-law.com
Moore Leonhardt & Associates LLC
102 Oak Street
Hartford, CT 06106
Tel. (860) 549-1000
Fax (860) 724-3921

BY: _____/s/_____
Glenn E. Coe (ct05372)
gcoe@rms-law.com
William W. Kaliff (ct03565)
wkaliff@rms-law.com
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel. (860) 549-1000
Fax (860) 724-3921

Their Attorneys

## **CERTIFICATION**

I hereby certify that on December 23, 2014, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                   /s/
                                                Glenn E. Coe

L61654

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726