# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **GREENWICH TAXI, INC., ET AL.** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  **3:14-CV-733(AWT)** |
| **UBER TECHNOLOGIES, INC., ET AL.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**GREENWICH TAXI, INC., ET AL. (ALL PLAINTIFFS)**

Date:   **Jan 21, 2015**

**/S/**
*Attorney's signature*

**DANIEL CSUKA, CT29446**
*Printed name and bar number*

**ROME MCGUIGAN, P.C.**
**ONE STATE STREET-13TH FLOOR**
**HARTFORD, CT  06103**
*Address*

**DCSUKA@RMS-LAW.COM**
*E-mail address*

**860-549-1000**
*Telephone number*

**860-724-3921**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Jan 21, 2015**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*