UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ET AL. | : |
| Plaintiffs, | : C.A. No.: 3:14-cv-733 (AWT) |
| vs. | : |
| UBER TECHNOLOGIES, INC. and LYFT, INC., | : |
| Defendants. | : FEBRUARY 4, 2015 |

## CONSENT MOTION FOR WITHDRAWAL OF
## MOTION TO DISMISS AND EXTENSION OF TIME

Defendant, Lyft Inc. ("Defendant"), with the consent of Plaintiffs, respectfully moves for withdrawal of its motion to dismiss dated November 14, 2014 (Dkt. No. 34), without prejudice, and for an extension of time, up to and including March 9, 2015, for Defendant to answer, move or otherwise respond to Plaintiffs' Amended Complaint, dated September 15, 2014 (Dkt. No. 33).

The undersigned represents as follow:

1. Defendant's response to Plaintiffs' opposition to Defendant's motion to dismiss is currently due on February 5, 2015, but Defendant moves to withdraw its motion to dismiss, without prejudice.

2. In consideration of Defendant's withdrawal of its motion to dismiss, without prejudice, Plaintiffs have consented to extending Defendant's time to answer, move or otherwise respond to Plaintiffs' Amended Complaint up to and including March 9, 2015; and

3. The Plaintiffs and Defendant believe that judicial economy and efficiency will be best served by the requested withdrawal and extension and Plaintiffs consent to this request.

For the foregoing reasons, Defendant requests, with Plaintiffs' consent, (i) leave for Defendant to withdraw its motion to dismiss (Dkt. No. 34), without prejudice, and (ii) an extension of time up to and including March 9, 2015 within which to answer, move or otherwise respond to Plaintiffs' Amended Complaint (Dkt No. 33).

**DEFENDANT LYFT, INC.**

BY:_____/s/_____
Noah M. Weissman   (ct28473)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
T:  (212) 541-2000
Fax:  (212) 541-1428
nmweissman@bryancave.com
*Attorneys for Defendant Lyft, Inc.*

**CERTIFICATION**

I hereby certify that on February 4, 2015, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

___/s/___
NOAH M. WEISSMAN
