UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREENWICH TAXI, INC., ET AL | : | C.A. No.: 3:14-cv-733(AWT) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| UBER TECHNOLOGIES, INC. and | : | FEBRUARY 13, 2015 |
| LYFT, INC. | : | |
| Defendants | : | |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS OF ACTION SOLEY AS AGAINST DEFENDANT LYFT, INC.

The plaintiffs hereby give notice that they are voluntarily dismissing without prejudice the above-captioned action as against the defendant Lyft, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Such voluntary dismissal is solely applicable to the plaintiffs' causes of action as against Lyft, Inc. and in furtherance of this notice, plaintiffs and their counsel state as follows:

1.     The original Complaint in this matter was filed on May 21, 2014, and an Amended Complaint was filed on September 15, 2014;

2.     Each of the defendants executed waivers of service (Doc. 8 and Doc. 22);

3.     Neither of the defendants herein, including Lyft, Inc., has served an answer or a motion for summary judgment;

4.     Plaintiffs, therefore, are hereby voluntarily dismissing only their action, without prejudice, as against the defendant Lyft, Inc.; and

5.    This action shall continue as against defendant Uber Technologies, Inc., with respect to the plaintiffs' causes of action as against said defendant.

PLAINTIFFS

BY: _____ /s/ _____
Mary Alice Moore Leonhardt (ct02996)
mmooreleonhardt@rms-law.com
Glenn E. Coe (ct05372)
gcoe@rms-law.com
William W. Kaliff (ct03565)
wkaliff@rms-law.com
Daniel J. Csuka (ct29446)
dcsuka@rms-law.com
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel. (860) 549-1000
Fax (860) 724-3921

Their Attorneys

## CERTIFICATION

I hereby certify that on February 13, 2015, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____ /s/ _____
Mary Alice Moore Leonhardt, Esq.

18684-1/LA2194

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726