UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>UBER TECHNOLOGIES, INC. <br><br>    Defendant. | C.A. No.: 3:14-cv-733 (AWT) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 9, 2015 |

**UBER TECHNOLOGIES, INC.'S MOTION
<u>FOR LEAVE TO EXCEED PAGE LIMIT ON REPLY BRIEF</u>**

Pursuant to Local Rule of Civil Procedure 7(a)(2), Defendant Uber Technologies, Inc. ("Uber") respectfully moves for leave to file a Reply Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Amended Complaint in excess of the 10-page limitation set by Local Rule 7(d). A copy of the proposed brief is attached hereto as Exhibit 1. The Amended Complaint itself consists of 42 pages and 115 paragraphs, and asserts multiple federal and state

law causes of action, including claims under the Racketeer Influenced and Corrupt Organizations Act, the Lanham Act, the Connecticut Unfair Trade Practices Act, and common law.  Plaintiffs' memorandum of law in opposition to Uber's Motion to Dismiss consists of 50 pages and asserts several new arguments which all give rise to important issues of law that Uber wishes to address in its reply brief and that necessitate the additional pages requested.  Accordingly, Uber respectfully requests that this motion be granted.

              Respectfully submitted,

              DEFENDANT
              UBER TECHNOLOGIES, INC.

              <u>/s/ Kevin M. Smith</u>
              Kevin M. Smith (ct24774)
              Melissa Fernandez (ct29519)
              Wiggin and Dana, LLP
              One Century Tower
              265 Church Street
              New Haven, Connecticut 06510
              Tel: (203) 498-4400
              Fax: (203) 782-2889
              ksmith@wiggin.com
              mfernandez@wiggin.com

              Stephen A. Swedlow (*pro hac vice*)
              Amit B. Patel (*pro hac vice*)
              Quinn Emanuel Urquhart & Sullivan, LLP
              500 West Madison St., Suite 2450
              Chicago, Illinois 60661
              Tel: (312) 705-7400
              Fax: (312) 705-7401
              stephenswedlow@quinnemanuel.com
              amitbpatel@quinnemanuel.com

              Arthur M. Roberts (*pro hac vice*)
              Quinn Emanuel Urquhart & Sullivan, LLP
              50 California St., 22nd Floor
              San Francisco, California 94111
              Tel: (415) 875-6600
              Fax: (415) 875-6700

3

arthurroberts@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 9, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Kevin M. Smith
Kevin M. Smith (ct24774)
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06510
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: ksmith@wiggin.com