UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.<br><br>        Defendant. | C.A. No.: 3:14-cv-733 (AWT)<br><br><br><br>March 9, 2015 |

### DECLARATION OF AMIT B. PATEL IN SUPPORT OF
### UBER'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, I, Amit B. Patel, hereby declare as follows:

1.      I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendant Uber Technologies, Inc. ("Uber") in the above-captioned case.

2.      I submit this declaration in support of Uber's Reply Memorandum In Support Of Its Motion To Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of *For Hire Transportation Services Report: A Study By The Institute For Municipal & Regional Policy*, by Dr. James Thorson, Ph.D and Veronica L. Gill, JD.

4. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON MARCH 9, 2015 in
CHICAGO, ILLINOIS

By _____*Amit B. Patel*_____
Amit B. Patel
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400
Fax: (312) 705-7401