UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.<br><br>        Defendant. | C.A. No.: 3:14-cv-733 (AWT)<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**<br><br><br>March 13, 2015 |

Defendant Uber Technologies, Inc. ("Uber") respectfully seeks leave to file a Supplemental Brief in further support of its pending Motion to Dismiss, Dkt. No. 37, to call to this Court's attention a recent decision by the United States District Court for the Southern District of Texas in a similar case involving Uber. In that March 10, 2015 decision, *Greater Houston Transportation Company v. Uber Technologies, Inc.*, Civ. A. No. 4:14-0941, 2015 U.S. Dist. LEXIS 28867 (S.D. Tex. Mar. 10, 2015), the court addressed many of the issues presently before this Court, including the sufficiency of a complaint's allegations to state claims under the Lanham Act for false advertising and under common law for tortious interference with business relations. Copies of the Supplemental Brief and the *Greater Houston* decision are attached hereto as Exhibits A and B, respectively.

DEFENDANT
UBER TECHNOLOGIES, INC.

/s/ Kevin M. Smith
Kevin M. Smith (ct24774)
Melissa Fernandez (ct29519)
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, Connecticut 06510
Tel: (203) 498-4400
Fax: (203) 782-2889
ksmith@wiggin.com
mfernandez@wiggin.com

Stephen A. Swedlow (*pro hac vice*)
Amit B. Patel (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Tel: (312) 705-7400
Fax: (312) 705-7401
stephenswedlow@quinnemanuel.com
amitbpatel@quinnemanuel.com

Arthur M. Roberts (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
arthurroberts@quinnemanuel.com

## CERTIFICATE OF SERVICE

I hereby certify that, on March 13, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Kevin M. Smith
Kevin M. Smith (ct24774)
Wiggin and Dana, LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06510
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: ksmith@wiggin.com