UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., and YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC.<br>        Plaintiffs<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br>        Defendant | C.A. No.: 3:14-cv-733(AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 17, 2015 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Plaintiffs, Greenwich Taxi, Inc., et al., hereby respectfully move the Court for an initial extension of time of thirty (30) days, up to and including September 21, 2015, in which to answer, object or otherwise respond to Defendant Uber Technologies, Inc.'s First Sets of Requests for Admission dated July 21, 2015 directed to each of the Plaintiffs. This is the Plaintiffs' first requested extension of time to respond to the Defendant's First Sets of Requests for Admission.

The requested additional time is necessary, *inter alia*, to coordinate the information required to prepare appropriate responses and to meet with each of the

1

Plaintiffs. There are currently fourteen Plaintiffs and the Defendant has issued a separate set of requests to each one.[1] Additionally, the Plaintiffs note that the Court granted the Defendant's Motion to Dismiss on August 13, 2015 (Doc. 62), pursuant to which the Court also granted the Plaintiffs leave to file a second amended complaint within 30 days from August 13, 2015. The Plaintiffs, therefore, are also presently in the process of evaluating whether they will be amending their complaint accordingly.

The undersigned has contacted the Defendant's counsel, and has received consent for the requested extension.

WHEREFORE, the Plaintiffs respectfully request that this Motion for Extension of Time up to and including September 21, 2015 be granted.

THE PLAINTIFFS,

BY: _____/s/_____
Mary Alice Moore Leonhardt (ct02996)
mmooreleonhardt@rms-law.com
Glenn E. Coe (ct05372)
William W. Kaliff (ct03565)
Daniel J. Csuka (ct29446)
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel. (860) 549-1000
Fax (860) 724-3921

Their Attorneys

---

[1] The Defendant also served a set of Requests for Admission on Casino Cab Company, Inc., who is no longer a party to this litigation. The Court issued an order approving a voluntary dismissal of Casino Cab Company, Inc. on December 18, 2014 (Doc. 46).

2

## CERTIFICATION

I hereby certify that on August 17, 2015, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Mary Alice Moore Leonhardt, Esq.

18684-1/LP0705

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726