UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREENWICH TAXI, INC., ACE TAXI SERVICE, INC., CASINO CAB COMPANY, INC. CURTIN MOTOR LIVERY SERVICE, INC., EAST HARTFORD CAB COMPANY, INC., EXECUTIVE 2000 TRANSPORTATION, LLC, FARMINGTON VALLEY CAB, LLC, GROTON CAB COMPANY, INC., LASSE'S LIVERY SERVICE, INC., SUBURBAN TRANSPORTATION, INC., TAXICABS AND LIVERY COUNCIL OF CONNECTICUT, INC., THE WATERBURY YELLOW CAB & SERVICE COMPANY, INC., TORRINGTON VALLEY CAB, LLC, UNION-LYCEUM TAXI COMPANY, INC., AND YELLOW CAB COMPANY OF NEW LONDON & GROTON, INC.<br><br>　　Plaintiffs,<br><br>V.<br><br>UBER TECHNOLOGIES, INC. and LYFT, INC.<br><br>　　Defendants. | CASE NO. 3:14-CV-733 (AWT)<br><br>FILED<br>2016 MAY 24  P 12: 32<br>US DISTRICT COURT<br>HARTFORD CT |

## JUDGMENT

This action having come on for consideration of defendant Uber Technologies, Inc.'s motion to dismiss with prejudice, before the Honorable Alvin W. Thompson, United States District Judge.

The court having considered the full record of the case including applicable principles of law, having entered an order granting the motion to dismiss, having previously entered an order granting the voluntary dismissal of defendant Lyft, Inc., having given the plaintiff leave to file a second amended complaint, and the plaintiff having failed to file a second amended complaint, it is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of defendant Uber Technologies, Inc. and this case is dismissed with prejudice.

Dated at Hartford, Connecticut, this 24th day of May, 2016.

                                    ROBIN D. TABORA, Clerk

                                  By   /s/  Linda S. Ferguson
                                      Linda S. Ferguson
                                      Deputy Clerk

EOD: 5/24/16